NUMBER
13-09-00514-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG


____________________________________________________________

 

IN THE INTEREST OF K.
Z., A CHILD

____________________________________________________________

 

                             On
Appeal from the 139th District Court 

                                        of
Hidalgo County, Texas.

____________________________________________________________

 

                               MEMORANDUM
OPINION

 

              Before Chief Justice Valdez and Justices Benavides and Vela

Memorandum Opinion
Per Curiam

 








Appellant,
Marisol Munoz, perfected an appeal from a judgment entered by the 139th
District Court of Hidalgo County, Texas, in trial court cause number C-2257-94-C. 
Appellant has filed an unopposed notice of non-suit with prejudice on the grounds
that the parties have settled all matters in controversy, thus rendering this
appeal moot.  Appellant requests that this Court dismiss the appeal with
prejudice.

The
Court, having considered the documents on file and appellant=s unopposed notice of non-suit with prejudice requesting
the Court to dismiss the appeal, is of the opinion that the motion should be
granted.  See Tex. R. App. P.
42.1(a).  Appellant=s motion to dismiss is granted, and
the appeal is hereby DISMISSED WITH PREJUDICE.  Costs will be taxed against
appellant.  See Tex. R. App. P.
42.1(d) ("Absent agreement of the parties, the court will tax costs
against the appellant.").  Having dismissed the appeal at appellant=s request, no motion for rehearing will be entertained,
and our mandate will issue forthwith.

 

PER
CURIAM

Delivered and filed the

20th day of May, 2010.